# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON PAGE TWO.)

## I.(a) PLAINTIFFS
Soren Andersen
Postboks 1146
DK-1010 Copenhagen, Denmark

## DEFENDANTS
Maia Young, an individual;
Stanford University, a business entity form unknown;
and DOES 1-100 inclusive

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF** (EXCEPT IN U.S. PLAINTIFF CASES)
Copenhagen

**COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT** (IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.
Orange county

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**
In pro se. ((650) 452-6180)

**ATTORNEYS (IF KNOWN)**
Sarah G. Flanagan (SBN # 70845), Pillsbury Winthrop LLP,
PO Box 7880, San Francisco, CA 94120-7880. ((415) 983-1200)

## II. BASIS OF JURISDICTION (PLACE AN 'X' IN ONE BOX ONLY)
- [ ] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [x] 3 Federal Question (U.S. Government Not a Party)
- [x] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (For diversity cases only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | 1 | [x]1 | Incorporated or Principal Place of Business In This State | 4 | [x]4 |
| Citizen of Another State | 2 | 2 | Incorporated and Principal Place of Business In Another State | 5 | 5 |
| Citizen or Subject of a Foreign Country | [x]3 | 3 | Foreign Nation | [x]6 | 6 |

## IV. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)
- [x] Original Proceeding
- [ ] Removed from State Court
- [ ] Remanded from Appellate Court
- [ ] Reinstated or Reopened
- [ ] Transferred from Another district (specify)
- [ ] Multidistrict Litigation
- [ ] Appeal to District Judge from Magistrate Judgment

BY FAX

## V. NATURE OF SUIT (PLACE AN "X" IN ONE BOX ONLY)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| 110 Insurance | **PERSONAL INJURY** | 610 Agriculture | 422 Appeal 28 USC 158 | 400 State Reapportionment |
| 120 Marine | 310 Airplane | 620 Other Food & Drug | 423 Withdrawal 28 USC 157 | 410 Antitrust |
| 130 Miller Act | 315 Airplane Product Liability | 625 Drug Related Seizure of Property 21 USC 881 |  | 430 Banks and Banking |
| 140 Negotiable Instrument | [x]320 Assault Libel & Slander | 630 Liquor Laws | **PROPERTY RIGHTS** | 450 Commerce/ICC Rates/etc. |
| 150 Recovery of Overpayment & Enforcement of Judgment | 330 Federal Employers Liability | 640 RR & Truck | 820 Copyrights | 460 Deportation |
| 151 Medicare Act | 340 Marine | 650 Airline Regs | 830 Patent | 470 Racketeer Influenced and Corrupt Organizations |
| 152 Recovery of Defaulted Student Loans (Excl Veterans) | 345 Marine Product Liability | 660 Occupational Safety/Health | 840 Trademark | 480 Consumer Credit |
| 153 Recovery of Overpayment of Veteran's Benefits | 350 Motor Vehicle | 690 Other | **SOCIAL SECURITY** | 490 Cable/Satellite TV |
| 160 Stockholders Suits | 355 Motor Vehicle Product Liability | **LABOR** | 861 HIA (1395ff) | 810 Selective Service |
| 190 Other Contract | 360 Other Personal Injury | 710 Fair Labor Standards Act | 862 Black Lung (923) | 850 Securities/Commodities/Exchange |
| 195 Contract Product Liability | **PERSONAL INJURY** | 720 Labor/Mgmt Relations | 863 DIWC/DIWW (405(g)) | 875 Customer Challenge 12 USC 3410 |
| 196 Franchise | 362 Personal Injury Med Malpractice | 730 Labor/Mgmt Reporting & Disclosure Act | 864 SSID Title XVI | 891 Agricultural Acts |
|  | 365 Personal Injury Product Liability | 740 Railway Labor Act | 865 RSI (405(g)) | 892 Economic Stabilization Act |
|  | 368 Asbestos Personal Injury Product Liability | 790 Other Labor Litigation |  | 893 Environmental Matters |
| **REAL PROPERTY** | **PERSONAL PROPERTY** | 791 Empl.Ret. Inc. Security Act | **FEDERAL TAX SUITS** | 894 Energy Allocation Act |
| 210 Land Condemnation | 370 Other Fraud | **PRISONER PETITIONS** | 870 Taxes (US Plaintiff or Defendant) | 895 Freedom of Information Act |
| 220 Foreclosure | 371 Truth In Lending | 510 Motion to Vacate Sentence Habeas Corpus: | 871 IRS - Third Party 26 USC 7609 | 900 Appeal of Fee Determination Under Equal Access to Justice |
| 230 Rent Lease & Ejectment | 380 Other Personal Property Damage | 530 General |  | 950 Constitutionality of State Statutes |
| 240 Torts to Land | 385 Property Damage Product Liability | 535 Death Penalty |  | 890 Other Statutory Actions |
| 245 Tort Product Liability | **CIVIL RIGHTS** | 540 Mandamus & Other |  |  |
| 290 All Other Real Property | 441 Voting | 550 Civil Rights |  |  |
|  | 442 Employment | 555 Prison Condition |  |  |
|  | 443 Housing |  |  |  |
|  | 444 Welfare |  |  |  |
|  | 440 Other Civil Rights |  |  |  |
|  | 445 Amer w/ disab - Empl |  |  |  |
|  | 446 Amer w/ disab - Other |  |  |  |

## VI. CAUSE OF ACTION (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)
US law (tort) and violation of the section of the First Amendment of the US Constitution stipulating peoples' "right to petition government for a redress of grievances" through application of California Code of Civil Procedure section 425.16 and/or 425.16(e)

## VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
- DEMAND $ 76,036
- CHECK YES only if demanded in complaint:
- JURY DEMAND: [ ] YES [ ] NO

## VIII. RELATED CASE(S) IF ANY
PLEASE REFER TO CIVIL L.R. 3-12 CONCERNING REQUIREMENT TO FILE "NOTICE OF RELATED CASE".

## IX. DIVISIONAL ASSIGNMENT (CIVIL L.R. 3-2) (PLACE AND "X" IN ONE BOX ONLY)
- [ ] SAN FRANCISCO/OAKLAND
- [x] SAN JOSE

DATE: 7/22/2007

SIGNATURE ~~OF ATTORNEY OF RECORD~~
Soren Andersen