UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOREN ANDERSEN<br><br>Plaintiff(s),<br><br>v.<br>MAIA YOUNG, an individual;<br>STANFORD UNIVERSITY, a business entity form unknown; and DOES 1-100, inclusive<br>Defendant(s). | No. C 07-03766PVT<br><br>DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE<br>AND<br>REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE<br><br>**BY FAX** |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: 7/25/2007

Signature: Soren Andersen

Counsel for Plaintiff in pro se
(Plaintiff, Defendant, or indicate "pro se")