**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| SOREN ANDERSON,<br><br>          Plaintiff(s),<br><br>VS.<br><br>MAIA YOUNG, STANFORD UNIVERSITY,<br><br>          Defendant(s).<br>_____ | C 07-03766 PVT<br><br>CLERK'S NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE |

The Clerk of this Court will now randomly reassign this case to a United States District Judge because one or more of the parties has requested reassignment to a United States District Judge or has not consented to jurisdiction by a Magistrate Judge.

PLEASE TAKE NOTICE that a Case Management Conference in the above-entitled matter which was previously set for October 30, 2007 before the Honorable Judge Patricia V. Trumbull has been continued to **October 29, 2007 @ 10:00 a.m.,** before the Honorable Judge James Ware.  Parties are to appear in courtroom #8, 4th floor of the U.S. Courthouse, 280 South First Street, San Jose, California.  Parties are to submit a Joint Case Management Statement on or before October 22, 2007.

If the above-entitled matter settles counsel are required to notify the Court by contacting the Courtroom Deputy at (408) 535-5356, so as to take this matter off calendar.

Dated: July 26, 2007                              RICHARD W. WIEKING,
                                                              Clerk of Court
                                                              /s/ Corinne Lew

                                                              _____
                                                              Corinne Lew
                                                              Deputy Clerk

1 | Copies mailed on 7/26/07 to:

3 | **Soren Andersen**
Post Boks 1146
DK-1010
Copenhagen K, DE 00000