| | |
|---|---|
| 1 | PILLSBURY WINTHROP SHAW PITTMAN LLP |
|   | SARAH G. FLANAGAN  70845 |
| 2 | sarah.flanagan@pillsburylaw.com |
|   | JASON A. CATZ  224205 |
| 3 | jason.catz@pillsburylaw.com 50 Fremont Street |
|   | Post Office Box 7880 |
| 4 | San Francisco, CA  94120-7880 |
|   | Telephone: (415) 983-1000 |
| 5 | Facsimile: (415) 983-1200 |
| 6 | Attorneys for Defendants |
|   | STANFORD UNIVERSITY and MAIA YOUNG |
| 7 | |

8        UNITED STATES DISTRICT COURT

9        NORTHERN DISTRICT OF CALIFORNIA

10       SAN JOSE DIVISION

| | | |
|---|---|---|
| SOREN ANDERSEN, | ) | No. C-07-03766 (JW) |
| | ) | |
| Plaintiff, | ) | STANFORD UNIVERSITY'S AND |
| | ) | MAIA YOUNG'S REQUEST FOR |
| vs. | ) | JUDICIAL NOTICE IN SUPPORT OF |
| | ) | MOTION TO DISMISS FIRST |
| MAIA YOUNG, an individual; STANFORD | ) | AMENDED COMPLAINT |
| UNIVERSITY, a business entity unknown; | ) | PURSUANT TO FRCP 12(b)(1) AND |
| and DOES 1-100, inclusive, | ) | (6) |
| | ) | |
| Defendant. | ) | Date:   November 19, 2007 |
| | ) | Time:   9:00 a.m. |
| | ) | Dept.:  Courtroom 8 |
| | ) | Judge:  Hon. James Ware |

Defendants STANFORD UNIVERSITY and MAIA YOUNG respectfully request that this Court take judicial notice of the following documents contained in the court files in the case entitled *Andersen v. Young*, Santa Clara County Superior Court Case No. 1-04-CV-042734 ("State Court Action") and the appellate record for that case:

1.      "First Amended Complaint for Defamation" (filed July 13, 2004), a court-certified copy of which is attached hereto as Exhibit A.

2.      "Statement of Decision; Order" (filed August 31, 2004), a court-certified copy of which is attached hereto as Exhibit B.

1     3.     Decision of Court of Appeal of the State of California, Sixth Appellate
2 District in Case Nos. H029484 and H029742 (filed November 6, 2006), a court-certified
3 copy of which is attached hereto as Exhibit C.
4     4.     California Supreme Court's denial of Plaintiff's Petition for Review in Case
5 No. S148839 (filed January 17, 2007), a court-certified copy of which is attached hereto as
6 Exhibit D.
7     5.     "Order Granting Motion for Attorneys' Fees Pursuant to CCP 425.16 On
8 Remand" (filed June 22, 2007), a court-certified copy of which is attached as Exhibit E.
9     Defendants' request for judicial notice is based upon Rule 201(b)(2) of the Federal
10 Rules of Evidence, which allows courts to take judicial notice of facts "not subject to
11 reasonable dispute" that are "capable of accurate and ready determination by resort to
12 sources whose accuracy cannot reasonably be questioned." Rule 201(b)(2) allows judicial
13 notice of court records of other cases. *See Kourtis v. Cameron*, 419 F.3d 989, 994 n.2 (9th
14 Cir. 2005) (holding that court records from related proceedings can be taken into account
15 without converting a motion to dismiss into a summary judgment motion); *Shaw v. Hahn*,
16 56 F.3d 1128, 1129 n.1 (9th Cir. 1995) (taking judicial notice of court records in connection
17 with a motion to dismiss); *MGIC Indemnity Corp. v. Weisman*, 803 F.2d 500, 504 (9th Cir.
18 1986) (taking judicial notice of pleading filed in separate action).
19
20
21
22
23
24
25
26
27
28

1  Therefore, Defendants respectfully request that the Court take judicial notice of the
2  above-entitled documents in this proceeding.
3  Dated: August 31, 2007.

                                  PILLSBURY WINTHROP SHAW PITTMAN LLP
                                  SARAH G. FLANAGAN
                                  JASON A. CATZ
                                  50 Fremont Street
                                  Post Office Box 7880
                                  San Francisco, CA  94120-7880

                                  By        /s/ Jason A. Catz

                                  Attorneys for Defendants STANFORD
                                  UNIVERSITY and MAIA YOUNG