```
PILLSBURY WINTHROP SHAW PITTMAN LLP
SARAH G. FLANAGAN  70845
 sarah.flanagan@pillsburylaw.com
JASON A. CATZ  224205
 jason.catz@pillsburylaw.com
50 Fremont Street
Post Office Box 7880
San Francisco, CA  94120-7880
Telephone: (415) 983-1000
Facsimile: (415) 983-1200

Attorneys for Defendants
STANFORD UNIVERSITY and MAIA YOUNG
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SOREN ANDERSEN,<br><br>   Plaintiff,<br><br>vs.<br><br>MAIA YOUNG, an individual; STANFORD UNIVERSITY, a business entity unknown; and DOES 1-100, inclusive,<br><br>   Defendant. | No. C-07-03766 (JW)<br><br>PROOF OF SERVICE – VIA U.S. MAIL<br><br>Date:     November 19, 2007<br>Time:    9:00 a.m.<br>Dept.:    Courtroom 8<br>Judge:   Hon. James Ware |

I, Robert J. Foley, the undersigned, hereby declare as follows:

1.  I am over the age of 18 years and am not a party to the within cause. I am employed by Pillsbury Winthrop Shaw Pittman LLP in the City of San Francisco, California.

2.  My business address is 50 Fremont Street, San Francisco, CA 94105-2228. My mailing address is 50 Fremont Street, P. O. Box 7880, San Francisco, CA 94120-7880.

1    3.    I am familiar with Pillsbury Winthrop Shaw Pittman LLP's practice for collection and processing of correspondence for mailing with the United States Postal Service; in the ordinary course of business, correspondence placed in interoffice mail is deposited with the United States Postal Service with first class postage thereon fully prepaid on the same day it is placed for collection and mailing.

4.    On August 31, 2007, at 50 Fremont Street, San Francisco, California, I served true copies of the attached documents titled exactly:

* STANFORD UNIVERSITY'S AND MAIA YOUNG'S NOTICE OF MOTION AND MOTION TO DISMISS FIRST AMENDED COMPLAINT PURSUANT TO FRCP 12(b)(1) AND (6) AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF;

* STANFORD UNIVERSITY'S AND MAIA YOUNG'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS FIRST AMENDED COMPLAINT PURSUANT TO FRCP 12(b)(1) AND (6); and

* [PROPOSED] ORDER GRANTING STANFORD UNIVERSITY'S AND MAIA YOUNG'S MOTION TO DISMISS FIRST AMENDED COMPLAINT PURSUANT TO FRCP 12(b)(1) AND (6).

by placing it/them in an addressed, sealed envelope clearly labeled to identify the person being served at the address shown below and placed in interoffice mail for collection and deposit in the United States Postal Service on that date following ordinary business practices:

    Soren Andersen
    Postboks 1146
    DK-1010 Copenhagen K
    DENMARK

I declare under penalty of perjury that the foregoing is true and correct. Executed this 31th day of August, 2007, at San Francisco, California.

                            Robert J. Foley