**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOREN ANDERSEN,<br><br>        Plaintiff(s),<br><br>  v.<br><br>MAIA YOUNG, ET AL,<br><br>        Defendant(s).<br>_____/ | No. C 07-03766 JW<br><br>CLERK'S NOTICE VACATING CASE MANAGEMENT CONFERENCE |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the Court currently has Defendants' Motion to Dismiss on calendar for November 19th at 9:00 AM. The Court vacates the October 29, 2007 Case Management Conference pending the Court's ruling on the Motion. The Court will set a Further Case Management date if necessary.

Dated: September 6, 2007

FOR THE COURT,
Richard W. Wieking, Clerk

by: _____/s/_____
    Elizabeth Garcia
    Courtroom Deputy