PILLSBURY WINTHROP SHAW PITTMAN LLP
SARAH G. FLANAGAN  70845
sarah.flanagan@pillsburylaw.com
ROBERT J. NOLAN 235738
robert.nolan@pillsburylaw.com
50 Fremont Street
Post Office Box 7880
San Francisco, CA  94120-7880
Telephone: (415) 983-1000
Facsimile: (415) 983-1200

Attorneys for Defendants
STANFORD UNIVERSITY and MAIA YOUNG

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| SOREN ANDERSEN,<br><br>  Plaintiff,<br><br>vs.<br><br>MAIA YOUNG, an individual; STANFORD UNIVERSITY, a business entity unknown; and DOES 1-100, inclusive,<br><br>  Defendant. | No. C-07-03766 (JW)<br><br>PROOF OF SERVICE – VIA U.S. MAIL<br><br>Dept.:    Courtroom 8<br>Judge:   Hon. James Ware |

I, LARRY J. POLLITT, the undersigned, hereby declare as follows:

1.  I am over the age of 18 years and am not a party to the within cause. I am employed by Pillsbury Winthrop Shaw Pittman LLP in the City of San Francisco, California.

2.  My business address is 50 Fremont Street, San Francisco, CA 94105-2228. My mailing address is 50 Fremont Street, P. O. Box 7880, San Francisco, CA  94120-7880.

3.  I am familiar with Pillsbury Winthrop Shaw Pittman LLP's practice for

1  collection and processing of correspondence for mailing with the United States Postal
2  Service; in the ordinary course of business, correspondence placed in interoffice mail is
3  deposited with the United States Postal Service with first class postage thereon fully
4  prepaid on the same day it is placed for collection and mailing.
5      4.   On October 8, 2007, at 50 Fremont Street, San Francisco, California, I
6  served true copies of the attached documents titled exactly:
7  * NOTICE OF NEED FOR ADR PHONE CONFERENCE; REQUEST TO
   DEFER ADR PHONE CONFERENCE; and
8
9  * ADR CERTIFICATION BY PARTIES AND COUNSEL
10 by placing them in an addressed, sealed envelope clearly labeled to identify the person
11 being served at the address shown below and placed in interoffice mail for collection and
12 deposit in the United States Postal Service on that date following ordinary business
13 practices:
14         Soren Andersen
           Postboks 1146
15         DK-1010 Copenhagen
           DENMARK
16         650-452-6180
17
       I declare under penalty of perjury that the foregoing is true and correct. Executed
18
   this 8th day of October, 2007, at San Francisco, California.
19
20
21             _____
                    LARRY J. POLLITT
22
23
24
25
26
27
28

PILLSBURY WINTHROP SHAW PITTMAN LLP
SARAH G. FLANAGAN 70845
sarah.flanagan@pillsburylaw.com
ROBERT J. NOLAN 235738
robert.nolan@pillsburylaw.com
50 Fremont Street
Post Office Box 7880
San Francisco, CA 94120-7880
Telephone: (415) 983-1000
Facsimile: (415) 983-1200

Attorneys for Defendants
STANFORD UNIVERSITY and MAIA YOUNG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SOREN ANDERSEN,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>MAIA YOUNG, an individual; STANFORD UNIVERSITY, a business entity unknown; and DOES 1-100, inclusive,<br><br>　　　　　　　Defendant. | No. C-07-03766<br><br>NOTICE OF NEED FOR ADR PHONE CONFERENCE; REQUEST TO DEFER ADR PHONE CONFERENCE |

On September 25, 2007, plaintiff SOREN ANDERSEN, proceeding *pro se*, served on defendants MAIA YOUNG and STANFORD UNIVERSITY a Notice of Need for ADR Conference, a copy of which is attached hereto as Exhibit A. Although plaintiff had not yet met and conferred with counsel for defendants as required by ADR Local Rule 3-5(a), the Proof of Service attached to the notice stated, in pertinent part:

> notice of need for ADR phone Conference, 1 page. Signed and completed on behalf of plaintiff on 9-25-07. provided to defendants to be signed and completed on behalf of defendants, and then by defendants filed and faxed to ADR on behalf of the parties.

Ex. A. On September 29, 2007, defense counsel informed plaintiff by email, a copy of which is attached hereto as Exhibit B, that ADR Local Rule 3-5(a) required the parties to meet and confer to attempt to agree to an ADR process. Plaintiff refused to meet and confer, and refused to stipulate to a particular form of ADR. *See* Ex. B. Instead, he threatened to notify the Court and the ADR Unit if defense counsel did not sign and file the Notice of Need for ADR Phone Conference. *Id.*

Due to plaintiff's ongoing refusal to meet and confer to attempt to agree to an ADR process or to stipulate to ADR, and the pendency of the motion to dismiss, defendants believe that an ADR phone conference may be appropriate, but not at this time. Plaintiff's First Amended Complaint is based upon claims that were already rejected by the California trial and appellate courts. Defendants have moved to dismiss plaintiff's First Amended Complaint on multiple grounds, including that his claims are barred because they are based on claims already decided in prior state court proceedings. A hearing on defendants' motion is set for November 19, 2007. On September 6, 2007, by clerk's notice, the Court vacated the Case Management Conference pending a ruling on defendants' motion to dismiss. Ex. C.

Defendants are willing to engage in ADR, but believe that deciding on a particular form of ADR prior to a ruling on the motion to dismiss would be premature. Defendants respectfully request that the ADR Phone Conference be deferred until after defendants'

1  motion to dismiss has been decided. Defendants submit a Notice of Need for ADR Phone
2  Conference, attached hereto as Exhibit D.
3       Dated: October 8, 2007.

PILLSBURY WINTHROP SHAW PITTMAN LLP
SARAH G. FLANAGAN
ROBERT J. NOLAN
50 Fremont Street
Post Office Box 7880
San Francisco, CA  94120-7880

By _____

Attorneys for Defendants STANFORD
UNIVERSITY and MAIA YOUNG

# EXHIBIT A

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SOREN ANDERSEN

                CASE NO. C 07-03766 JW

        Plaintiff(s),

        v.                    NOTICE OF NEED FOR ADR PHONE
                                CONFERENCE

MAIA YOUNG,
STANFORD UNIVERSITY, DOES1-100

        Defendant(s).
_____/

Counsel report that they have met and conferred regarding ADR and that they:

✓    have not yet reached an agreement to an ADR process
✓    request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference 11/19/2007

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| SOREN ANDERSEN | PRO SE | (650) 452-6180 | CALI@MAIL.MD |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated: 09/25/2007

                                                                       Soren Andersen
                                                                       Attorney for Plaintiff

Dated: _____

                                                                       Attorney for Defendant

Rev 12.05

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER | FOR COURT USE ONLY |
|---|---|---|
| SOREN ANDERSEN<br>POSTBOKS 1146<br>DK-1010 COPENHAGEN K<br>DENMARK<br>ATTORNEY FOR   PLAINTIFF | 650-452-6180<br><br>Ref. No. or File No. | |

Insert name of court and name of judicial district and branch if any.

District Court Northern District, San Jose
280 S First St #2112 San Jose CA 95113

SHORT TITLE OF CASE:

SOREN ANDERSEN v MAIA YOUNG, STANFORD UNIVER. D1-100

| INVOICE NO. | DATE: | TIME: | DEP./DIV. | CASE NUMBER: |
|---|---|---|---|---|
| 574261 | | | | C0703766JW |

PROOF OF SERVICE BY MAIL

I AM A CITIZEN OF THE UNITED STATES AND EMPLOYED IN THE COUNTY OF LOS ANGELES
STATE OF CALIFORNIA. I AM AND WAS ON THE DATES HEREIN MENTIONED, OVER THE AGE
OF EIGHTEEN YEARS AND NOT A PARTY TO THE ACTION.

ON 09/25/07, I SERVED THE WITHIN:

notice of need for ADR phone Conference, 1 page.  Signed
and completed on behalf of plantiff on 9-25-07. provided to
defendants to be signed and completed on behalf of defendants,
and then by defendants filed and faxed to ADR on behalf of
the parties


ON THE PLAINTIFF, IN SAID ACTION BY PLACING A TRUE COPY THEREOF ENCLOSED
IN A SEALED ENVELOPE WITH POSTAGE THEREON PRE-PAID FOR FIRST CLASS IN THE
UNITED STATES MAIL AT:   SAN FRANCISCO   , CALIFORNIA, ADDRESSED AS FOLLOWS:

JASON A. CATZ

PILLSBURY WINTHROP
P O BOX 7880
SAN FRANCISCO CA 94120



DECLARANT: MARK L. SCHWARTZ




RAPID LEGAL INC                      d.  Registered California process server
1199 MONTEREY PASS ROAD              (1) [ X ] Employee or [   ] Independent Contractor
MONTEREY PARK, CA 91754              (2) Registration No. 902
323-526-7300 FAX 323-526-7377        (3) County: SANTA CLARA
                                     (4) Expiration:  12/30/07

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATE: 09/25/07

SIGNATURE

# EXHIBIT B

## Nolan, Robert J.

**From:** Soren Andersen [cali@mail.md]
**Sent:** Tuesday, October 02, 2007 11:59 AM
**To:** Nolan, Robert J.; Flanagan, Sarah G.
**Cc:** cali@mail.md
**Subject:** Re: Andersen v. Young, 07-03766 JW

Dear Mr. Nolan et al.,

Plaintiff provided you with the signed form "Notice of Need for ADR Phone Conference" and the parties have met and conferred.

The parties have not reached an agreement to an ADR process and request an early settlement conference, as stated in the provided and signed "Notice of Need for ADR Phone Conference".

Please sign and file the Notice of Need for ADR Phone conference, and remember to also send or fax (number 415 522-4112) it to the ADR unit.

Should you refuse to sign and file the document and notify the ADR unit before the deadline stated in the July 23, 2007 order, Plaintiff will promptly notify the court and the ADR unit hereof.

Dated: October 2, 2007

By: Soren Andersen
Plaintiff in pro se
Case: C 07-03766 JW
Postboks 1146, DK-1010 Copenhagen K, Denmark.

---

>-----Original Message-----
>From: Nolan, Robert J. [mailto:robert.nolan@pillsburylaw.com]
>Sent: Monday, October 1, 2007 04:39 PM
>To: 'Soren Andersen'
>Cc: 'Flanagan, Sarah G.', 'Catz, Jason A.'
>Subject: RE: Andersen v. Young, 07-03766 JW
>
>Mr. Andersen:
>
>Although your response is less than clear, we take it to mean that you
>refuse to meet and confer and refuse to stipulate to an ADR process.
>
>Very truly yours,
>
>Robert J. Nolan | Pillsbury Winthrop Shaw Pittman LLP
>-------------------------------
>Tel: 415.983.1864 | Fax: 415.983.1200 | Cell: 415.690.3263 50
>Fremont Street | San Francisco, CA 94105-2228
>
>Email: robert.nolan@pillsburylaw.com
>Bio: http://www.pillsburylaw.com/robert.nolan
>www.pillsburylaw.com
>
>
>-----Original Message-----
>From: Soren Andersen [mailto:cali@mail.md]
>Sent: Saturday, September 29, 2007 3:13 AM
>To: Nolan, Robert J.; Flanagan, Sarah G.; Catz, Jason A.
>Cc: cali@mail.md
>Subject: Re: Andersen v. Young, 07-03766 JW

1

```
>
>Dear Mr. Nolan,
>
>The parties have not reached an agreement to an ADR process and request
>an early settlement conference, as stated in the provided and signed
>"Notice of Need for ADR Phone Conference".
>Please sign and file the Notice of Need for ADR Phone conference, and
>remember to also send or fax (number 415 522-4112) it to the ADR unit.
>
>Dated: September 29, 2007
>
>By: Soren Andersen
>Plaintiff in pro se
>Case: C 07-03766 JW
>
>---------------------------------------
>
>
>>-----Original Message-----
>>From: Nolan, Robert J. [mailto:robert.nolan@pillsburylaw.com]
>>Sent: Saturday, September 29, 2007 12:39 AM
>>To: cali@mail.md
>>Cc: 'Flanagan, Sarah G.'
>>Subject: Andersen v. Young, 07-03766 JW
>>
>>Mr. Andersen:
>>
>>On September 26, 2007, we received from you a Notice of Need for ADR
>>Phone Conference.  The proof of service states that you provided the
>>Notice of Need for ADR Phone Conference "to defendants to be signed
>>and
>
>>completed on behalf of defendants, and then by defendants filed and
>>faxed to ADR on behalf of the parties."  ADR Local Rule 3-5 requires
>>the parties to meet and confer to attempt to agree to an ADR process.
>>ADR L.R. 3-5(a).  We have not met and conferred to attempt to agree to
>>an ADR process, and do not intend to sign and file a Notice of Need
>>for
>
>>ADR Conference without first meeting and conferring as required by ADR
>>Local Rule 3-5.  See ADR LR 3-5(a)&(c); see also Civ. L.R. 16-8.
>>
>>Please inform us whether you are willing to stipulate to a particular
>>ADR process, and, if so, what ADR process you propose.
>>
>>Very truly yours,
>>
>>Robert J. Nolan | Pillsbury Winthrop Shaw Pittman LLP
>>--------------------------------
>>Tel:  415.983.1864 | Fax:  415.983.1200 | Cell:  415.690.3263 50
>>Fremont Street | San Francisco, CA 94105-2228
>>
>>Email:  robert.nolan@pillsburylaw.com
>><mailto:firstname.lastname@pillsburylaw.com>
>>Bio:  http://www.pillsburylaw.com/robert.nolan
>><http://www.pillsburylaw.com/bv/bvisapi.dll/portal/ep/profDetail.do/bi
>>o
>>/
>>15374>
>>www.pillsburylaw.com
>>
>>
>>
>>-----------------------------------------------------------The
```

2

```
>>contents
>of this message, together with any attachments, are intended only for
>the use of the individual or entity to which they are addressed and
>may contain information that is legally privileged, confidential and
>exempt from disclosure. If you are not the intended recipient, you are
>hereby notified that any dissemination, distribution, or copying of
>this message, or any attachment, is strictly prohibited. If you have
>received this message in error, please notify the original sender or
>the Pillsbury Winthrop Shaw Pittman Help Desk at  Tel: 800-477-0770
>x4860 immediately by telephone or by return E-mail and delete this
>message, along with any attachments, from your computer. Thank you.
>>===================================================
>
>---------------------------------------------
>This e-mail was sent using Mail.md
>
>
>
>
>
>
>

---------------------------------------------
This e-mail was sent using Mail.md
```

3

# EXHIBIT C

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SOREN ANDERSEN,

    Plaintiff(s),

    v.

MAIA YOUNG, ET AL,

    Defendant(s).
_____/

No. C 07-03766 JW

CLERK'S NOTICE VACATING CASE MANAGEMENT CONFERENCE

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the Court currently has Defendants' Motion to Dismiss on calendar for November 19th at 9:00 AM. The Court vacates the October 29, 2007 Case Management Conference pending the Court's ruling on the Motion. The Court will set a Further Case Management date if necessary.

Dated: September 6, 2007

FOR THE COURT,
Richard W. Wieking, Clerk

by: _____/s/_____
Elizabeth Garcia
Courtroom Deputy

# EXHIBIT D

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SOREN ANDERSEN

        Plaintiff(s),

v.

MAIA YOUNG,
STANFORD UNIVERSITY, DOES 1-100

        Defendant(s).

CASE NO. C 07-03766 JW

NOTICE OF NEED FOR ADR PHONE CONFERENCE

Counsel report that they have met and conferred regarding ADR and that they:

- ✓ have not yet reached an agreement to an ADR process
- ✓ request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference 11/19/2007

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| SOREN ANDERSEN | PRO SE | (650) 452-6180 | CALI@MAIL.MD |
| Sarah Flanagan | Defendants | (415) 983-1190 | sarah.flanagan@pillsburylaw.com |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated: 09/25/2007

        *Soren Andersen*
        Attorney for Plaintiff

Dated: 10/8/07

        [signature] *
        Attorney for Defendant

* As set forth in defendants' Request to Defer ADR Phone Conference, defendants respectfully request that an ADR Phone Conference be deferred until after defendants' motion to dismiss has been decided. A hearing on defendants' motion to dismiss is scheduled for November 19, 2007. On September 6, 2007, the Court vacated the CMC pending a ruling on defendants' motion.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Soren Andersen

                Plaintiff(s),

v.

Maia Young, et al.

                Defendant(s).
_____/

Case No. C-07-03766 (JW)

ADR CERTIFICATION BY PARTIES AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 10/8/07

Dated: 10/8/07

*[signature]* Thomas W. Fenner
[Party]

*[signature]*
[Counsel]

When filing this document in ECF, please be sure to use the ADR Docket Event entitled "ADR Certification (ADR L.R. 3-5b) of Discussion of ADR Options."

Rev. 12/05