Søren Andersen
Postboks 1146
DK-1010 Copenhagen K
Denmark
Phone: (650) 452-6180
Fax: no fax number
Email: cali@mail.md (not for service of documents)

SOREN ANDERSEN
Plaintiff in pro se

FILED
2007 OCT 11 A 10:31
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SOREN ANDERSEN,<br><br>  Plaintiff,<br><br>  vs.<br><br>MAIA YOUNG, an individual;<br>STANFORD UNIVERSITY, a business entity form unknown; and DOES 1-100, inclusive,<br><br>  Defendants | Case Number: C07 03766 JW<br><br>ADR PHONE CONFERENCE MEMORANDUM |

Symptomatic for Defendants' counsel's excessive paper production – and now yet another attorney, the fifth on the list – their papermill on 10/08 produced and filed 17 pages in connection with a one page signed *ADR Phone Conference* form Plaintiff served 09/25.

Illustrative of Defendants' counsel's approach, they expect judges to at most skim-read papers, and only Defendants' "represented" portion; counsel erroneously refers to internet

SOREN ANDERSEN   ADR PHONE CONFERENCE MEMORANDUM C-07-03766JW

1  correspondence in connection with the one page ADR form Plaintiff served them on 09/25,
2  and as verifiable by the internet correspondence they attach as their exhibit B.
3
4  In short, as per the 07/23 schedule, Plaintiff proceeded with the ADR procedure by faxing
5  the signed ADR Certification to the ADR Unit on 09/19, filing at the court on 09/21.
6  Plaintiff alerted Defendants' counsel about the ADR by serving a ready and signed ADR
7  Phone Conference form on 09/25. The parties have met and conferred via the internet. As
8  stipulated on the ADR Phone Conference form, the parties have not reached an agreement to
9  an ADR process, as expected by Plaintiff, and Plaintiff requests an early settlement
10 conference. Plaintiff has faxed the by the parties on 09/25 and on 10/08 signed ADR Phone
11 Conference form, shown on page 3/4, to the ADR Unit.
12 Plaintiff is neither in California nor on the North American Continent.
13
14 DATED: October 10, 2007
15                             *Soren Andersen*
16                             SOREN ANDERSEN
                                Plaintiff in pro se
17
18
19
20
21
22
23
24
25
26
27                                  2/4

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SOREN ANDERSEN

                        Plaintiff(s),

          v.

MAJA YOUNG,
STANFORD UNIVERSITY, DOES 1-100

                        Defendant(s).

CASE NO. C 07-03766 JW

NOTICE OF NEED FOR ADR PHONE CONFERENCE

Counsel report that they have met and conferred regarding ADR and that they:

✓ have not yet reached an agreement to an ADR process
✓ request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference 11/19/2007

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| SOREN ANDERSEN | PRO SE | (650) 452-6180 | CALI@MAIL.MD |
| Sarah Flanagan | Defendants | (415) 983-1190 | sarah.flanagan@pillsburylaw.com |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated: 09/25/2007

                                                Soren Andersen
                                                Attorney for Plaintiff

Dated: 10/8/07

                                                  Attorney for Defendant *

\* As set forth in defendants' Request to Defer ADR Phone Conference, defendants respectfully request that an ADR Phone Conference be deferred until after defendants' motion to dismiss has been decided. A hearing on defendants' motion to dismiss is scheduled for November 19, 2007. On September 6, 2007, the Court vacated the CMC pending a ruling on defendants' motion.

## Service List

1
2  California State Attorney General
   Attn.: Alex Wasser
   1300, I St.
3  Sacramento, CA 94244-2550

4

5  Robert J. Nolan (SBN 235738)
   Pillsbury, Winthrop LLP
6  PO Box 7880
   San Francisco, CA 94120-7880
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

SOREN ANDERSEN

ADR PHONE CONFERENCE MEMORANDUM C-07-03766JW