PILLSBURY WINTHROP SHAW PITTMAN LLP
SARAH G. FLANAGAN 70845
sarah.flanagan@pillsburylaw.com
ROBERT J. NOLAN 235738
robert.nolan@pillsburylaw.com
50 Fremont Street
Post Office Box 7880
San Francisco, CA 94120-7880
Telephone: (415) 983-1000
Facsimile: (415) 983-1200

Attorneys for Defendants
STANFORD UNIVERSITY and MAIA YOUNG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SOREN ANDERSEN,<br><br>                Plaintiff,<br><br>vs.<br><br>MAIA YOUNG, an individual; STANFORD UNIVERSITY, a business entity unknown; and DOES 1-100, inclusive,<br><br>                Defendant. | No. C-07-03766 (JW)<br><br>**RENOTICE OF MOTION OF STANFORD UNIVERSITY AND MAIA YOUNG TO DISMISS FIRST AMENDED COMPLAINT PURSUANT TO FRCP 12(b)(1) AND (6)**<br><br>Date: January 14, 2008<br>Time: 9:00 a.m.<br>Dept.: Courtroom 8<br>Judge: Hon. James Ware |

TO SOREN ANDERSEN:

NOTICE IS HEREBY GIVEN THAT on January 14, 2008, at 9:00 a.m., or as soon thereafter as the matter may be heard in the courtroom of the Honorable James Ware (Courtroom 8) of the above-entitled Court, located at 280 South First Street, San Jose, California, Defendants STANFORD UNIVERSITY and MAIA YOUNG will and hereby do move the Court for an order dismissing, without leave to amend, all claims alleged in Plaintiff SOREN ANDERSEN'S First Amended Complaint for Defamation and Violation of First Amendment Rights.

1    The hearing was originally noticed for November 19, 2007. The moving papers were served on plaintiff on August 31, 2007 by regular mail and by email. The set of papers served by regular mail was returned to defense counsel's office last week. *See* Declaration of Robert J. Nolan in Supp. of Stanford University's and Maia Young's Motion to Dismiss First Amended Complaint Pursuant to FRCP 12(b)(1) and (6), ¶ 3. Defense counsel brought this to Mr. Andersen's attention using the same email address as had been used for service. *Id.* at ¶ 4, Ex. A. He responded by asking for a copy of the returned envelope, which was sent to him. *Id.* However, he has not responded to defense counsel's requests that he confirm that he is not going to claim prejudice for his failure to receive the hard-copy set in addition to the email set. *Id.* The deadline for Mr. Andersen to file his opposition was October 29, and he has not filed anything. To avoid any issue as to proper service of the motion, defendants are renoticing the motion and serving the motion papers again.

This motion will be based on this Renotice of Motion, and the previously filed Notice of Motion and Motion to Dismiss First Amended Complaint Pursuant to FRCP 12(b)(1) and (6) and Memorandum of Points and Authorities in Support Thereof and Request for Judicial Notice and attachments thereto, and on all records and files in this action and all additional matters of which the court may take judicial notice. As set forth in our prior Notice of Motion and Motion, this motion is made pursuant to Federal Rule of Civil Procedure 12(b)(1) and (6), on the grounds that:

1.   The Court does not have jurisdiction over Plaintiff's claims because they are barred by the *Rooker-Feldman* doctrine;

2.   Plaintiff has not alleged and cannot allege that private defendants Stanford and Young were state actors who may be held liable for alleged violations of Plaintiff's constitutional rights to petition the government for redress of grievances and/or to freedom of association;

3.   Plaintiff has not alleged and cannot allege a constitutionally protected "association" as the basis for the claimed violation of his right to freedom of association;

1      4.     Plaintiff's claim that his right to freedom of association was violated is time-barred;

2      5.     California Code of Civil Procedure § 425.16 ("the Anti-SLAPP statute") is constitutional;

3      6.     The Court does not have pendent jurisdiction over Plaintiff's state law claims in the absence of his federal constitutional claims; and

4      7.     Plaintiff's state law defamation claims are barred by collateral estoppel.

Dated: November 1, 2007.

PILLSBURY WINTHROP SHAW PITTMAN LLP
SARAH G. FLANAGAN
ROBERT J. NOLAN
50 Fremont Street
Post Office Box 7880
San Francisco, CA 94120-7880

By _____
Robert J. Nolan
Attorneys for Defendants STANFORD UNIVERSITY and MAIA YOUNG