1   PILLSBURY WINTHROP SHAW PITTMAN LLP
    SARAH G. FLANAGAN  70845
2    sarah.flanagan@pillsburylaw.com
    ROBERT J. NOLAN 235738
3    robert.nolan@pillsburylaw.com
    50 Fremont Street
4   Post Office Box 7880
    San Francisco, CA  94120-7880
5   Telephone: (415) 983-1000
    Facsimile: (415) 983-1200
6
    Attorneys for Defendants
7   STANFORD UNIVERSITY and MAIA YOUNG

8                   UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10                       SAN JOSE DIVISION

11

12   _____ )
                                          )
13   SOREN ANDERSEN,                      )          No. C-07-03766
                                          )
14                        Plaintiff,      )   DECLARATION OF ROBERT J.
                                          )   FOLEY IN SUPPORT OF STANFORD
15              vs.                       )   UNIVERSITY'S AND MAIA
                                          )   YOUNG'S MOTION TO DISMISS
16   MAIA YOUNG, an individual; STANFORD )   FIRST AMENDED COMPLAINT
     UNIVERSITY, a business entity unknown; ) PURSUANT TO FRCP 12(b)(1) AND
17   and DOES 1-100, inclusive,           )   (6)
                                          )
18                        Defendants.     )   Date:     January 14, 2008
                                          )   Time:     9:00 a.m.
19   _____ )   Dept.:    Courtroom 8
                                              Judge:    Hon. James Ware

20

21        I, ROBERT J. FOLEY, declare as follows:

22        1.    I am a legal secretary in the law firm of Pillsbury Winthrop Shaw Pittman

23   LLP, which is counsel of record for defendants STANFORD UNIVERSITY and MAIA

24   YOUNG in this action.  I have personal knowledge of the facts stated herein, and, if called

25   as a witness, could competently testify thereto.

26        2.    On August 31, 2007, I served upon plaintiff Soren Andersen a copy of

27   Stanford University's and Maia Young's Notice of Motion and Motion to Dismiss First

28   Amended Complaint Pursuant to FRCP 12(b)(1) and (6) and Memorandum of Points and

1   Authorities in Support Thereof, and Request for Judicial Notice in Support of Stanford

2   University's and Maia Young's Notice of Motion and Motion to Dismiss First Amended

3   Complaint Pursuant to FRCP 12(b)(1) and (6).

4           3.       The address set forth on the Proof of Service for Soren Andersen was

5   Postboks 1146, DK-1010 Copenhagen K, Denmark.  The moving papers were returned to

6   our office last week, and the address on the envelope was covered with a sticker marked

7   "Retur til afsender / Retour."  Although I believed that I served Mr. Andersen at the address

8   set forth on the Proof of Service at the time I signed it, I now have to question that.  It is

9   possible that I printed the envelope label using the Denmark address that Mr. Andersen

10  used in his state court pleadings.

11          I declare under penalty of perjury that the foregoing is true and correct.  Executed

12  this 1st day of November 2007, at San Francisco, California.

                                                        _____

13

14                                                              Robert J. Foley

15

16

17

18

19

20

21

22

23

24

25

26

27

28