1  PILLSBURY WINTHROP SHAW PITTMAN LLP
   SARAH G. FLANAGAN  70845
2    sarah.flanagan@pillsburylaw.com
   ROBERT J. NOLAN 235738
3    robert.nolan@pillsburylaw.com
   50 Fremont Street
4  Post Office Box 7880
   San Francisco, CA 94120-7880
5  Telephone: (415) 983-1000
   Facsimile: (415) 983-1200
6
   Attorneys for Defendants
7  STANFORD UNIVERSITY and MAIA YOUNG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| SOREN ANDERSEN, | No. C-07-03766 (JW) |
|---|---|
| Plaintiff, | PROOF OF SERVICE – VIA U.S. MAIL |
| vs. | |
| MAIA YOUNG, an individual; STANFORD UNIVERSITY, a business entity unknown; and DOES 1-100, inclusive, | Dept.: Courtroom 8<br>Judge: Hon. James Ware |
| Defendant. | |

I, <u>LARRY J. POLLITT</u>, the undersigned, hereby declare as follows:

1. I am over the age of 18 years and am not a party to the within cause. I am employed by Pillsbury Winthrop Shaw Pittman LLP in the City of San Francisco, California.

2. My business address is 50 Fremont Street, San Francisco, CA 94105-2228. My mailing address is 50 Fremont Street, P. O. Box 7880, San Francisco, CA 94120-7880.

3. I am familiar with Pillsbury Winthrop Shaw Pittman LLP's practice for

collection and processing of correspondence for mailing with the United States Postal Service; in the ordinary course of business, correspondence placed in interoffice mail is deposited with the United States Postal Service with first class postage thereon fully prepaid on the same day it is placed for collection and mailing.

4. On November 1, 2007, at 50 Fremont Street, San Francisco, California, I served true copies of the attached documents titled exactly:

* RENOTICE OF MOTION OF STANFORD UNIVERSITY AND MAIA YOUNG TO DISMISS FIRST AMENDED COMPLAINT PURSUANT TO FRCP 12(b)(1) AND (6);

* DECLARATION OF ROBERT J. NOLAN IN SUPPORT OF STANFORD UNIVERSITY'S AND MAIA YOUNG'S MOTION TO DISMISS FIRST AMENDED COMPLAINT PURSUANT TO FRCP 12(b)(1) AND (6);

* DECLARATION OF ROBERT J. FOLEY IN SUPPORT OF STANFORD UNIVERSITY'S AND MAIA YOUNG'S MOTION TO DISMISS FIRST AMENDED COMPLAINT PURSUANT TO FRCP 12(b)(1) AND (6);

* STANFORD UNIVERSITY'S AND MAIA YOUNG'S NOTICE OF MOTION AND MOTION TO DISMISS FIRST AMENDED COMPLAINT PURSUANT TO FRCP 12(b)(1) AND (6) AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF;

* STANFORD UNIVERSITY'S AND MAIA YOUNG'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS FIRST AMENDED COMPLAINT PURSUANT TO FRCP 12(b)(1) AND (6);

* [PROPOSED] ORDER GRANTING STANFORD UNIVERSITY'S AND MAIA YOUNG'S MOTION TO DISMISS FIRST AMENDED COMPLAINT PURSUANT TO FRCP 12(b)(1) AND (6); and

by placing them in an addressed, sealed envelope clearly labeled to identify the person being served at the address shown below and placed in interoffice mail for collection and

1  deposit in the United States Postal Service on that date following ordinary business
2  practices:

        Soren Andersen
        Postboks 1146
        DK-1010 Copenhagen K
        DENMARK
        650-452-6180

I declare under penalty of perjury that the foregoing is true and correct. Executed this 1st day of November, 2007, at San Francisco, California.

_____
LARRY J. POLLITT