1   PILLSBURY WINTHROP SHAW PITTMAN LLP
    SARAH G. FLANAGAN  70845
2    sarah.flanagan@pillsburylaw.com
    ROBERT J. NOLAN 235738
3    robert.nolan@pillsburylaw.com
    50 Fremont Street
4   Post Office Box 7880
    San Francisco, CA  94120-7880
5   Telephone: (415) 983-1000
    Facsimile: (415) 983-1200
6
    Attorneys for Defendants
7   STANFORD UNIVERSITY and MAIA YOUNG

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                        SAN JOSE DIVISION

11

12   _____
     )
     SOREN ANDERSEN,                     )        No. C-07-03766 (JW)
13                                        )
                         Plaintiff,       )        DEFENDANTS' STATEMENT RE
14                                        )        REPLY ON MOTION TO DISMISS
                                          )
15          vs.                           )        Date:    January 14, 2008
                                          )        Time:    9:00 A.M.
     MAIA YOUNG, an individual; STANFORD  )        Dept.:   Courtroom 8
16   UNIVERSITY, a business entity unknown;)       Judge:   Hon. James Ware
     and DOES 1-100, inclusive,           )
17                                        )
                         Defendant.       )
18                                        )
                                          )
19                                        )
                                          )
20   _____

21          Plaintiff has repeatedly objected that the continuance of the hearing date was an

22   improper attempt by Defendants to secure additional time to prepare a reply, to Plaintiff's

23   prejudice.  In light of the content of Plaintiff's opposition, and in an attempt to eliminate

24

25

26

27

28

1   further argument on the continuance, Defendants will not file a reply.

2          Respectfully submitted,

3          Dated:  December 17, 2007.

4                                    PILLSBURY WINTHROP SHAW PITTMAN LLP
                                     SARAH G. FLANAGAN
5                                    ROBERT J. NOLAN
                                     50 Fremont Street
6                                    Post Office Box 7880
                                     San Francisco, CA  94120-7880

7

8                                    By _____

9

10                                      Attorneys for Defendants STANFORD
                                        UNIVERSITY and MAIA YOUNG

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DEFENDANTS' STATEMENT RE
REPLY ON MOTION TO DISMISS
Case No. C-07-03766

1                              Docket No. C-07-03766 (JW)

2                             <u>PROOF OF SERVICE BY MAIL</u>

3         I, LARRY J. POLLITT, the undersigned, hereby declare as follows:

4         1.       I am over the age of 18 years and am not a party to the within cause. I am

5 employed by Pillsbury Winthrop Shaw Pittman LLP in the City of San Francisco,

6 California.

7         2.       My business address is 50 Fremont Street, San Francisco, CA 94105-2228.

8 My mailing address is 50 Fremont Street, P. O. Box 7880, San Francisco, CA 94120-7880.

9         3.       I am familiar with Pillsbury Winthrop Shaw Pittman LLP's practice for

10 collection and processing of correspondence for mailing with the United States Postal

11 Service; in the ordinary course of business, correspondence placed in interoffice mail is

12 deposited with the United States Postal Service with first class postage thereon fully

13 prepaid on the same day it is placed for collection and mailing.

14         4.       On December 17, 2007, at 50 Fremont Street, San Francisco, California, I

15 served a true copy of the attached document titled exactly DEFENDANTS' STATEMENT

16 RE REPLY ON MOTION TO DISMISS by placing it in an addressed, sealed envelope

17 clearly labeled to identify the person being served at the address shown below and placed in

18 interoffice mail for collection and deposit in the United States Postal Service on that date

19 following ordinary business practices:

20
                         **Soren Andersen**

21                          **Postboks 1146**

                         **DK-1010 Copenhagen K**

22                          **Denmark**

23        I declare under penalty of perjury that the foregoing is true and correct. Executed

24 this 17th day of December, 2007, at San Francisco, California.

25

26                                  *Larry J. Pollitt*

27                                   Larry J. Pollitt

28