UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

CIVIL MINUTES

| | |
|---|---|
| **Judge:** James Ware | **Courtroom Deputy:** Elizabeth Garcia |
| **Date:** 1/14/2008 | **Court Reporter:** Irene Rodriguez |
| **Case No:** C-07-3766 JW | **Interpreter:** N/A |

TITLE

**Soren Anderson v. Maia Young et al**

**Attorney(s) for Plaintiff(s)**: No Appearance made
**Attorney(s) for Defendant(s)**: Sarah Flanagan

PROCEEDINGS

Defendants' Motion to Dismiss First Amended Complaint

**ORDER AFTER HEARING**

No appearance made by or on behalf of the Plaintiff.  The Court took the motion under submission after oral argument.  The Court to issue further order on motion.

Elizabeth C. Garcia
Courtroom Deputy
Original: **E-Filed**
CC: