**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Soren Andersen, | NO. C 07-03766 JW |
|       Plaintiff, | **JUDGMENT** |
|   v. | |
| Maia Young, et al., | |
|       Defendants. | |

Pursuant to the Court's May 14, 2008 Order Granting Defendants' Motion to Dismiss With Prejudice, judgment is entered in favor of Defendants Maia Young and Stanford University, against Plaintiff Soren Andersen.

Each party shall bear their own costs and fees.

The Clerk shall close the file.

Dated: May 14, 2008

                                              JAMES WARE
                                              United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Jason A Catz jason.catz@pillsburylaw.com
Robert John Nolan robert.nolan@pillsburylaw.com
Sarah G. Flanagan sarah.flanagan@pillsburylaw.com

Soren Andersen
Postboks 1146
DK-1010
Copenhagen, DM

**Dated: May 14, 2008**                                    **Richard W. Wieking, Clerk**

                                                   **By:  /s/ JW Chambers**
                                                         **Elizabeth Garcia**
                                                         **Courtroom Deputy**

**United States District Court**
For the Northern District of California